STATE OF CONNECTICUT *v.* SAMUEL BRUNETTE

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 440 (AC 25315), is denied.

*David V. DeRosa*, special public defender, in support of the petition.

*Melissa Streeto Brechlin*, assistant state's attorney, in opposition.

Decided January 11, 2006

---

STATE OF CONNECTICUT *v.* GARRY KLINGER

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 902 (AC 25678), is denied.

*Aaron J. Romano*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided January 11, 2006